IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DreAun Johnson,<br><br>                Plaintiff,<br><br>v.<br><br>Greenville County Detention Center Administrative Staff; Mr. Vondermoss, *Assistant Jail Administator*; Mr, Hollister, *Jail Administrator*,<br><br>                Defendant. | C/A: 1:22-cv-77-SAL<br><br><br>**ORDER** |

    This matter is before the court for review of the February 14, 2021 Report and Recommendation ("Report") of United States Magistrate Judge Shiva V. Hodges, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 14.] In the Report, the Magistrate Judge recommends dismissing with prejudice Plaintiff's amended complaint, ECF No. 11, as it fails to cure the deficiencies identified in his original complaint. *Id.* at 6. Attached to the Report was a notice advising Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 7. Plaintiff has not filed objections, and the time to do so has expired.

    The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the

1

Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 14, and incorporates the Report by reference herein. As a result, Plaintiff's amended complaint is **DISMISSED** with prejudice.

    **IT IS SO ORDERED.**

March 21, 2022  
Florence, South Carolina

/s/Sherri A. Lydon  
Sherri A. Lydon  
United States District Judge