AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| DreAun Johnson,<br>*Plaintiff*<br>v.<br><br>Greenville County Det Cen *Jail*; Mr. Vondermoss *Asst Jail Admin*; Mr. Hollister *Jail Admin*,<br><br>*Defendants.* | Civil Action No.    1:22-cv-00077-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, DreAun Johnson, shall take nothing of the defendants, Greenville County Det Cen *Jail*, Mr. Vondermoss *Asst Jail Admin* and Mr. Hollister *Jail Admin*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A Lydon, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  March 21, 2022                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                            s/L. Baker

                                                                    *Signature of Clerk or Deputy Clerk*